UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------

TIFFANY TUFF,

                Plaintiff,

   -v-                                6:09-CV-170

JEFFERY MORGAN and MATTHEW SULLIVAN,

                Defendants.

--------------------------------

APPEARANCES:                              OF COUNSEL:

TIFFANY TUFF, Plaintiff pro se
109 Boyce Avenue
Utica, NY 13502

HON. ERIC T. SCHNEIDERMAN         MEGAN M. BROWN, ESQ.
Attorney General for the State of New York  Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

### DECISION and ORDER

    Defendants filed a motion for summary judgment on February 29, 2012. They served the motion papers, which included the Notice to Pro Se Litigants required by Local Rule 56.2, on plaintiff by regular mail. The papers were returned as undeliverable. Defendants served the papers on plaintiff by regular mail again on March 14, 2012. Plaintiff has not responded to the motion for summary judgment. Thus, it appears that plaintiff has failed to notify the Court of a change of address in contravention of Local Rule 10.1(c). Moreover, the Local

Rules provide that a pending action may be dismissed for failure to submit notification of a change of address. L.R. 41.2(b).

Additionally, failure to respond to a summary judgment motion is deemed as consent to the granting of the motion. See L.R. 7.1(b)(3).

Accordingly, it is

ORDERED that defendants' motion for summary judgment is GRANTED and the complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter a judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 13, 2012
       Utica, New York.